# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MATTHEW P. SCHORR, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   15-cv-1242 JPG/SCW |
| JEFFREY S. WALTON, *et al.*, | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal (doc. 80). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, defendant has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: December 6, 2017

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE